[No. 33166-3-I.    Division One.    May 15, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-00987-5, Ricardo S. Martinez, J., entered August 2, 1993. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 34363-7-I.    Division One.    May 15, 1995.]

HAROLD P. HOFSVANG, ET AL, *Respondents*, v. ESTATE OF ROBERT E. BROOKE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-23593-5, Charles v. Johnson, J., entered March 18, 1994. *Reversed* and *remanded* by unpublished opinion per Agid, J., concurred in by Grosse and Becker, JJ. Now published at 78 Wn. App. 315.

[No. 33733-5-I.    Division One.    May 15, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK ANTHONY SAWYER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-02001-1, James D. McCutcheon, Jr., J., entered November 23, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 31561-7-I.    Division One.    May 15, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK TAMMANY EASTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-07188-4, Arthur E. Piehler, J., entered October 7, 1992. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker, C.J., and Coleman, J.